RECORD NUMBER: 14-1944

# United States Court of Appeals

*for the*

# Fourth Circuit

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

*Plaintiff-Appellant,*

– v. –

PORTAL HEALTHCARE SOLUTIONS, LLC,

*Defendant-Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA AT ALEXANDRIA

## FEDERAL RULE OF APPELLATE PROCEDURE 10(e)(2)(A) STIPULATION OF THE PARTIES


JOHN BECKER MUMFORD, JR.
HANCOCK, DANIEL, JOHNSON
& NAGLE, PC
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
(804) 237-7425

*Attorney for Appellant*

JOHN JANNEY RASMUSSEN
INSURANCE RECOVERY
LAW GROUP, PLC
P.O. Box 8049
Richmond, Virginia 23223
(804) 308-1359

*Attorney for Appellee*



COUNSEL PRESS • VA – (800) 275-0668

# FEDERAL RULE OF APPELLATE PROCEDURE 10(e)(2)(A)

# STIPULATION OF THE PARTIES

Under Federal Rule of Appellate Procedure 10(e)(2)(A), the parties to this action stipulate to the following facts as a supplement to the record in this appeal. Each of these stipulated facts was true as of the date this action was filed in the United States District Court for the Eastern District of Virginia (Alexandria Division):

1. Portal Healthcare Solutions, LLC is a limited liability company organized under Nevada law, with its principal place of business in Virginia.

2. Portal Healthcare Solutions, LLC has three natural persons as members: Ajit Singh Jaiswal; Ashtha Shah, and A K Jay Jaiswal. It had no other members.

3. The first two of the three natural persons were subjects of a foreign jurisdiction, the Republic of India, when this action was filed on July 30, 2013. Neither of those two were legal permanent residents of the USA, nor were either domiciled here on that day.

4. The third natural person, A K Jay Jaiswal was a citizen of the USA residing in the Commonwealth of Virginia on July 30, 2013.

5. As of July 30, 2013, Travelers was incorporated in and had its nerve center in Connecticut.

6. Hence, the federal courts have diversity jurisdiction over this action and its appeal under 28 U.S.C. § 1332(a).

7. The parties hereby stipulate that the above clarifications should be added to the record in this action. Fed.R.App.P 10(e); 28 U.S.C. § 1653.

Respectfully submitted,

/s/John J Rasmussen
JOHN JANNEY RASMUSSEN
INSURANCE RECOVERY
LAW GROUP, PLC
P.O. Box 8049
Richmond, Virginia 23223
(804) 308-1359

Attorney for Appellees

/s/ John Becker Mumford, Jr.
JOHN BECKER MUMFORD, JR.
HANCOCK, DANIEL JOHNSON & NAGLE, PC
4701 Cox Road, Suite 400
Glen Allen, Virginia 23060
(804) 237-7425

Attorney for Appellants

# CERTIFICATE OF SERVICE

I certify that on 3/21/2016 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:


G. Eric Brunstad Jr.
Dechert LLP
90 State House Square
Hartford, CT 06103-3702
(860) 524-3960
eric.brunstad@dechert.com

Laura Anne Foggan
Wiley Rein, LLP
1776 K Street, NW
Washington, DC 20006
(202) 719-7518
lfoggan@wileyrein.com

Kathryn Elizabeth Kasper
John Becker Mumford, Jr.
Hancock, Daniel, Johnson & Nagle, PC
4701 Cox Road, Suite 400
Glen Allen, VA 23060
(804) 237-7425
kkasper@hdjn.com
jmumford@hdjn.com


/s/John Janney Rasmussen
Signature

3/21/2016
Date

# EXHIBIT 1

I, A K Jay Jaiswal, declare as follows:

1. Portal Healthcare Solutions, LLC has three natural persons as members:

(1) Ajit Singh Jaiswal

(2) Ashtha Shah

(3) A K Jay Jaiswal.

2. The first two of the three natural persons were subjects of a foreign jurisdiction, the Republic of India, when this action was filed on July 30, 2013. Neither of those two were legal permanent residents of the USA, nor was either domiciled here on that day.

3. The third natural person, A K Jay Jaiswal, is a citizen of the USA residing in the Commonwealth of Virginia on July 30, 2013.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ A K Jay Jaiswal
A K Jay Jaiswal